UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBBINS ENTERTAINMENT, LLC,

           Plaintiff,

- against -

SPINNIN' RECORDS B.V., ET AL.,

           Defendants.

22-cv-5696 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 18, 2022.

SO ORDERED.

Dated:    New York, New York
          October 4, 2022

                                        John G. Koeltl
                                United States District Judge