UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROBBINS ENTERTAINMENT, LLC,
                      Plaintiff,

                                                               22 civ 5696 (JGK)

         -against-

SPINNIN' RECORDS, B.V.,
                      Defendants.
-----------------------------------------------------------X

## ORDER

      The plaintiff shall respond to the pending motion to strike (Document 11) by **October 27, 2022.** The defendant shall reply to the response by **November 11, 2022.**

      The October 18, 2022 conference is canceled.

**SO ORDERED.**

                                                               **JOHN G. KOELTL**
                                                 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          October 13, 2022