UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBBINS ENTERTAINMENT, LLC,

        Plaintiff,

- against -

SPINNIN' RECORDS B.V., ET AL.,

        Defendants.

22-cv-5696 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a pre-motion conference in connection with the defendants' anticipated motion to dismiss on **October 26, 2022**, at **5:00 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

    The case is stayed pending the pre-motion conference.

SO ORDERED.

Dated:    New York, New York
          October 18, 2022

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                                United States District Judge