UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBBINS ENTERTAINMENT, LLC,
                  Plaintiff,

- against -                    22-cv-5696 (JGK)

SPINNIN' RECORDS B.V., ET AL.,     ORDER
                  Defendants.

---

JOHN G. KOELTL, District Judge:

    The answer filed by defendants Wall Recording, Ltd. and Nick Van De Wall, ECF No. 26, is withdrawn. Those defendants may file a motion to dismiss by **November 4, 2022.** The plaintiff may respond by **November 21, 2022.** Those defendants may reply by **December 2, 2022.**

SO ORDERED.

Dated:    New York, New York
           October 26th, 2022

                                            John G. Koeltl
                                    United States District Judge