```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------

**ROBBINS ENTERTAINMENT, LLC,**

                Plaintiff,

- against -

**SPINNIN' RECORDS B.V., ET AL.,**

                Defendants.

--------------------------------------------------

22-cv-5696 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

Defendant Spinnin' Records B.V. is directed to provide the Court with courtesy copies of all papers filed in connection with its fully briefed motion to strike (ECF No. 11). Defendants Nick Van De Wall and Wall Records, Ltd. are directed to provide the Court with courtesy copies of all papers filed in connection with their fully briefed motion to dismiss (ECF No. 29).

**SO ORDERED.**

**Dated:** New York, New York
December 28, 2022

                                                      /s/ John G. Koeltl
                                                        **John G. Koeltl**
                                        **United States District Judge**