```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ROBBINS ENTERTAINMENT, LLC,

                  Plaintiff,              22-cv-5696 (JGK)

    - against -                   ORDER

SPINNIN' RECORDS B.V., ET AL.,

                  Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to appear by telephone on **Thursday, July 13, 2023, at 2:30 p.m.** for oral argument on the pending motions to strike (ECF No. 11) and to dismiss (ECF No. 29).

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           June 27, 2023

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                  United States District Judge