UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBBINS ENTERTAINMENT, LLC,
                Plaintiff,

- against -

SPINNIN' RECORDS B.V., ET AL.,
                Defendants.

22-cv-5696 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    As discussed during today's telephone conference, the motion to strike filed by Spinnin' (ECF No. 11) is **granted**, and Robbins's prayer in Count III for attorney's fees pursuant to the Robbins-Spinnin' Agreement is **stricken**. As further discussed during the conference, the motion to dismiss filed by Wall and Afrojack (ECF No. 29) is **denied without prejudice.**

    By **July 20, 2023**, the parties shall submit a joint letter advising whether Count IV or any other claims should be dismissed under the doctrine of forum non conveniens. The parties should include in their submission the fully executed Afrojack-Spinnin' Agreements.

    The Clerk of Court is respectfully directed to close ECF Nos. 11 and 29.

SO ORDERED.

Dated:    New York, New York
            July 13, 2023

*/s/ John G. Koeltl*
John G. Koeltl
United States District Judge