```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---------------------------------------
ROBBINS ENTERTAINMENT, LLC,
                       Plaintiff,           22-cv-5696 (JGK)

          - against -                        ORDER

SPINNIN' RECORDS B.V., ET AL.,
                       Defendants.
---------------------------------------

JOHN G. KOELTL, District Judge:

The defendants may move to dismiss Count IV of the Complaint on forum non conveniens grounds by **Friday, August 11, 2023**. The plaintiff may respond by **Friday, September 1, 2023**. The defendants may reply by **Friday, September 15, 2023**.

SO ORDERED.

Dated:   New York, New York
         July 20, 2023

                                    _____
                                           John G. Koeltl
                                    United States District Judge