```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------------

ROBBINS ENTERTAINMENT, LLC,

              Plaintiff,

- against -

SPINNIN' RECORDS B.V., ET AL.,

              Defendants.

22-cv-5696 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties are directed to provide an update regarding the status of the mediation proceedings by **December 11, 2023**.

**SO ORDERED.**

Dated:    New York, New York
            December 4, 2023

                                       John G. Koeltl
                                    **United States District Judge**