```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ROBBINS ENTERTAINMENT, LLC,

              Plaintiff,

- against -

SPINNIN' RECORDS B.V., ET AL.,

              Defendants.

22-cv-5696 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to provide an update regarding the status of the mediation proceedings by **March 18, 2024.**

SO ORDERED.

Dated:    New York, New York
            March 11, 2024

                                        John G. Koeltl
                                  United States District Judge